

FILED
7/30/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MAM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 25 CR 422 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 930(b) |
| MARIO SANTOYO | |

1:25-cr-00422
Judge Mary M. Rowland
Magistrate Daniel P. McLaughlin
RANDOM / Cat. 5

The SPECIAL APRIL 2024 GRAND JURY charges:

1. The Everett McKinley Dirksen United States Courthouse ("Dirksen Courthouse") in Chicago, Illinois, is owned by the United States government, and on a regular basis federal employees are at the Dirksen Courthouse for the purpose of performing their official duties.

2. On or about July 22, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

MARIO SANTOYO,

defendant herein, knowingly possessed or caused to be present in the Dirksen Courthouse, a Federal facility, a dangerous weapon, a knife with a blade exceeding 2 ½ inches, with the intent that the weapon be used in the commission of crimes on federal property, namely: (a) failing to comply with the lawful direction of federal police officers and other authorized individuals, in violation of 41 C.F.R. § 102-74.385; (b) exhibiting disorderly or other conduct that unreasonably obstructs the usual use of entrances, lobbies, corridors, offices, elevators, and stairways, in violation of 41 C.F.R. § 102-74.390(b); and (c) exhibiting disorderly or other conduct that otherwise

impedes or disrupts the performance of official duties by Government employees, in violation of 41 C.F.R. § 102-74.390(c);

In violation of Title 18, United States Code, Section 930(b).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Michelle Petersen on behalf of the
UNITED STATES ATTORNEY